✎Prob 12C
(Rev. 10/20 - D/SC)

# United States District Court

for

District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Robin Nicole Snyder   **Case Number:** 2:17CR00882-001

**Name of Sentencing Judicial Officer:** The Honorable David C. Norton, United States District Judge

**Date of Original Sentence:** December 11, 2018

**Original Offense:** Possession with Intent to Distribute and Distribution of a Quantity of Carfentanil, in violation of Title 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 72 month(s) followed by 36 month(s) supervised release. The following special conditions were ordered: 1. The defendant shall participate in a program of mental health counseling and/or treatment as deemed necessary by the U.S. Probation Officer, until such time as the defendant's release from the program is approved by the U.S. Probation Officer. 2. The defendant shall participate in a program of testing and treatment for substance abuse as approved by the U.S. Probation Officer until such time as the defendant's release from the program is approved by the U.S. Probation Officer. 3. The defendant shall contribute to the costs of any treatment, drug testing and/or location monitoring not to exceed an amount determined reasonable by the court approved U.S. Probation Office's Sliding Scale for Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid. 4. The defendant shall be screened for participation in REAL COURT, BRIDGE COURT, or a comparable program and, if deemed eligible, successfully complete the program.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** December 08, 2022

**Assistant U.S. Attorney:** Robert Nicholas Bianchi   **Defense Attorney:** Alicia Vachira Penn

**Previous Court Action/Notification(s):** None.

---

### PETITIONING THE COURT

☒   To issue a warrant (petition and warrant to remain under seal)

☐   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob 12C  
(Rev. 10/20 - D/SC)

Page 2

| **Violation Number** | **Nature of Noncompliance** |

1. **New Criminal Conduct:** On February 20, 2024, the defendant was arrested by the Goose Creek Police Department for two counts of Possession with Intent to Distribute Methamphetamine or Cocaine Base.

   According to the incident report, Officer Grooms responded to 120 South Goose Creek Boulevard in reference to a drunk driver. Prior to the officer's arrival, Goose Creek Telecommunications reported to the officer that a concerned citizen contacted dispatch advising a white female was in a vehicle possibly intoxicated or under the influence of drugs.

   Officer Grooms contacted the defendant, who was seated in her parked Kia Forte, in the driver's seat. While the officer was speaking with the defendant, he observed both the bottom and top of the defendant's eyelids continuously twitch and she spoke in a rapid manner. Officer Grooms requested consent to search the defendant's vehicle, which she declined. The officer requested a K-9 officer respond to his location.

   Chief Roscoe deployed K-9 Goose and conducted a free air sniff of the vehicle, to which the K-9 alerted on the vehicle and a probable cause search was conducted. A purse sitting on the center console area was searched and officers located 1.0 grams of a substance which tested presumptive for methamphetamines and 0.1 grams which tested presumptive for cocaine. The defendant's person was searched, and she was transported to the Berkeley County Detention Center.

   While at the jail, a strip search was conducted and a clear plastic bag containing multiple white rock like substances were located on the defendant's person within her bra. A black in color plastic container containing a soaked cotton swab was also located on the defendant's person within her bra.

   One of the two bags located in the defendant's bra weighed approximately 1.4 grams and field tested presumptive for cocaine. The second bag weighed approximate 1.4 grams and field tested presumptive for fentanyl. The black plastic container containing the soaked cotton swab weighed approximately 0.1 grams and field tested positive for heroin.

   On February 20, 2024, the defendant was issued a $25,000 surety bond for each charge. The defendant was given a mandatory General Sessions Court date of April 12, 2024. These charges remain pending in Berkeley County General Sessions Court.

2. **New Criminal Conduct:** On February 20, 2024, the defendant was arrested by the Goose Creek Police Department for Possession of Heroin. The defendant was issued a $25,000 surety bond and the charge remains pending in Berkeley County General Sessions Court. Details of the offense are listed in violation number one.

Prob 12C　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3
(Rev. 10/20 - D/SC)

3. **New Criminal Conduct:** On February 20, 2024, the defendant was arrested by the Goose Creek Police Department for Possession with Intent to Distribute Fentanyl. The defendant was issued a $25,000 surety bond and the charge remains pending in Berkeley County General Sessions Court. Details of the offense are listed in violation number one.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 26, 2024

Matthew B. Johnson
U.S. Probation Officer
Charleston Office

Reviewed and Approved By:

Katrina Robinson-Curtis
Supervising U.S. Probation Officer

Prob 12C  
(Rev. 10/20 - D/SC)

Page 4

**THE COURT ORDERS:**

☐      No action.

X      The issuance of a warrant.

        **The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

☐      The issuance of a summons.

**BOND CONSIDERATION:**

X      Bond to be set at the discretion of the United States Magistrate Judge.

☐      No bond to be set.

☐      Other (specify):

_____  
David C. Norton  
U.S. District Judge

February 26, 2024  
              Date